450 A.2d 222

Commonwealth v. Herder, Appellant.

Submitted March 29, 1982. Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Order affirmed.